**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>Aqua Spas Inc.<br><br>Debtor. | Case No. 25-14565 MER<br><br>Chapter 11<br>Subchapter V |

**ORDER AND NOTICE OF: (1) STATUS CONFERENCE UNDER 11 U.S.C. § 1188;
and
(2) DEADLINE FOR FILING PROOFS OF CLAIM**

Pursuant to 11 U.S.C. § 1188, the Court is required to hold a Status Conference within 60 days of case filing:  The status conference will be held on **Friday, September 5, 2025, at 9:30 a.m.,** in Courtroom C, United States Bankruptcy Court, 721 19th Street, Denver, Colorado.  Motions to appear at the status conference remotely must be filed 7 days before the hearing.

Failure of the Debtor to appear shall result in the setting of a hearing to show cause why appropriate sanctions should not be imposed for failing to appear, which sanctions may include dismissal of the case.  The Debtor should be prepared to address the following topics at the status conference:

- The general nature of the Debtor's assets and liabilities, source or sources of income, any business conducted, and the reasons for filing bankruptcy;

- A general discussion of the Debtor's intended plan of reorganization (including whether such plan of reorganization is anticipated to be consensual), changes in operations, insurance coverage, tax liability, restructuring of debt, use of cash collateral, and other matters pertinent to the Debtor's financial affairs, business, or reorganization;

- If applicable, the Debtor's operating financial projections for the period preceding the filing of a plan, a budget for the professionals in the case, and any particularities of the case that require resolution;

- A proposed schedule for the filing of a plan of reorganization, objections to claims and, if applicable, anticipated avoidance actions or other adversary proceedings that are critical to the reorganization;

- The status of any pending motions; and

- Any other issues that may require prompt attention of the Court or otherwise may be necessary to ensure expeditious and economical resolution of this case.

The Debtor shall file a pre-Status Conference report on or before **August 25, 2025**.  The report must detail the efforts undertaken by the Debtor to attain a consensual plan of reorganization and any future contemplated efforts.

The Subchapter V Trustee shall also appear and be heard at the Status Conference regarding, but not limited to, the Trustee's efforts to facilitate the development of a consensual plan of reorganization.

Non-Governmental Proofs of Claim must be filed on or before **September 30, 2025.**  Parties shall refer to the Notice of Chapter 11 Bankruptcy Case dated July 25, 2025 (ECF #11) for more complete information.

Dated August 20, 2025				BY THE COURT:

						Michael E. Romero, Judge
						United States Bankruptcy Court