UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 25-14565-MER |
| AQUA SPAS INC. | ) |
| | ) Chapter 11 |
| | ) Subchapter V |
| Debtor. | ) |

**ORDER APPROVING APPLICATION TO EMPLOY ATTORNEYS**

THIS MATTER, having come before the Court on the Application of the Debtor for authority to appoint Kutner Brinen Dickey Riley, P.C. to represent it as counsel in this case, the Court being satisfied that Kutner Brinen Dickey Riley, P.C. represents no interest materially adverse to the estate of the Debtor, and the matter upon which it is to be engaged, that its employment is necessary and would be in the best interests of the estate, it is

ORDERED

That the Debtor is authorized to employ and appoint Kutner Brinen Dickey Riley, P.C. to represent it as counsel in this case under Chapter 11 as Debtor and Debtor-in-Possession; and it is

FURTHER ORDERED

That the fees and costs charged by Kutner Brinen Dickey Riley, P.C. are subject to allowance or review by the Court in accordance with 11 U.S.C. Sections 329, 330 and 331. Done and entered this 20th day of August, 2025 at Denver, Colorado.

Honorable Michael E. Romero
United States Bankruptcy Court Judge