UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 25-14565-MER |
| AQUA SPAS INC. ) | |
| ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

**ORDER APPROVING RETAINER**

      This matter having come before the Court on the Motion of Aqua Spas, Inc. ("Debtor"), praying for approval of a retainer, notice having been provided to creditors and parties in interest and no objections having been received, the Court does hereby

      ORDER

      1.    That the pre-petition retainer paid by the Debtor to Kutner Brinen Dickey Riley, P.C. ("KB") in the amount of $25,000.00, of which $19,702.00 remained on the Petition Date, is approved.

      2.    That KB's fees and costs are subject to interim and final approval by the Court upon filing interim fee applications and a final fee application at the conclusion of the case.

      Done and entered this 20th day of August, 2025 at Denver, Colorado.

Honorable Michael E. Romero
United States Bankruptcy Judge