**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AQUA SPAS INC. | ) | Case No. 25-14565-MER |
| | ) | Chapter 11 |
| Debtor. | ) | Subchapter V |
| | ) | |

**ORDER GRANTING**
**Motion to Appear Telephonically or via Video Conference**
**for Hearing on September 5, 2025**

    This matter is before the Court on the Motion to Appear Telephonically or via Video Conference for Hearing on September 5, 2025, filed by Deanna Lee Westfall as counsel for the Colorado Department of Revenue. The Court having found good cause hereby:

    GRANTS THE MOTION.

    DATED: August 25, 2025

                                              By the Court:

                                              Honorable Michael E. Romero